# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-1485

_____

William Thompson,

        Appellant,

v.

Michael Francis Young, Dr., Cummins
Unit, Arkansas Department of
Correction, originally sued as "Young,"

        Appellee.

\* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted:  December 26, 2000
Filed:  January 8, 2001

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

      William Thompson, an Arkansas inmate, appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action in which he claimed that Dr. Michael Young was deliberately indifferent to his serious medical condition.  After de novo review, see Weaver v. Clarke, 45 F.3d 1253, 1255 (8th Cir. 1995), we agree with the district court

_____

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Thompson failed to state an Eighth Amendment claim against the prison doctor.  The Eighth Amendment does not prohibit a prison doctor from exercising his own independent medical judgment, and inmates do not have a constitutional right to any particular type of treatment.  See Long v. Nix, 86 F.3d 761, 765 (8th Cir. 1996).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.